**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 99-7455**

—————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PERIKLIS PAPAGEORGIOU,

Defendant - Appellant.

—————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CR-
98-195-S, CA-99-2778-S)

—————

Submitted: May 31, 2000          Decided: June 23, 2000

—————

Before MURNAGHAN, WILKINS, and MOTZ, Circuit Judges.

—————

Dismissed by unpublished per curiam opinion.

—————

Periklis Papageorgiou, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Periklis Papageorgiou appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Papageorgiou, Nos. CR-98-195-S; CA-99-2778-S (D. Md. Sept. 15, 1999).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

* Although the district court's order is marked as "filed" on September 14, 1999, the district court's records show that it was entered on the docket on September 15, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).